UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KINGATE MANAGEMENT LIMITED LITIGATION<br><br>This Document Relates To:  All Actions | Master File No. 09 Civ. 5386 (DAB)<br><br>* ECF filing |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Laura Grossfield Birger, member of good standing in this Court, enters her appearance as counsel of record on behalf of Defendant Michael G. Tannenbaum in the above-captioned matter.

Dated: New York, New York
July 19, 2010

Respectfully submitted,

COOLEY LLP

By:   /s/ Laura Grossfield Birger
        Laura Grossfield Birger

        1114 Avenue of the Americas
        New York, New York  10036
        Tel:  (212) 479-6000
        Fax:  (212) 479-6275
        lbirger@cooley.com

*Attorney for Defendant Michael G. Tannenbaum*

## CERTIFICATE OF SERVICE

I, KAREN K. WON, an attorney duly admitted to practice in the State of New York, certify and swear under penalty of perjury that, on July 19, 2010, I caused a true and correct copy of the NOTICE OF APPEARANCE of Laura Grossfield Birger to be served upon the following via ECF Filing:

| | |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP** | **LABATON SUCHAROW LLP** |
| David Boies | Joel H. Bernstein |
| 333 Main Street | Javier Bleichmar |
| Armonk, NY 10504 | Michael Woolley |
| Tel: (914) 749-8200 | 140 Broadway |
| Fax: (914) 749-8300 | New York, NY 10005 |
| | Tel: 212-907-0700 |
| | Fax: 212-818-0477 |
| David A. Barrett | |
| Howard L. Vickery | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 575 Lexington Avenue | |
| New York, NY 10022 | Joel P. Laitman |
| Tel: (212) 446-2300 | 88 Pine Street |
| Fax: (212) 446-2350 | New York, New York 10005 |
| | Tel: (212) 838-7797 |
| Stuart H. Singer | Fax: (212) 838-7745 |
| Carlos M. Sires | |
| Sashi Bach Boruchow | Steven J. Toll |
| 401 East Las Olas Blvd, #1200 | Daniel S. Sommers |
| Ft. Lauderdale, FL 3330 I | Joshua Devore |
| Tel: (954) 356-0011 | S. Douglas Bunch |
| Fax: (954)356-0022 | 1100 New York Avenue, N.W. |
| | West Tower, Suite 500 |
| | Washington, DC 20005 |
| | Tel: (202) 408-4600 |
| | Fax: (202) 408-4699 |

/s/ Karen K. Won

KAREN K. WON